01
02
03
04
05
06          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                           )   CASE NO. MJ 20-180
09          Plaintiff,                     )
                                           )
10          v.                             )
                                           )   DETENTION ORDER
11  BRYAN MICHAEL POLLESTAD,               )
                                           )
12          Defendant.                     )
    _____)

13

14  Offense charged:        Possession of a Firearm by a Felon; Possession With Intent to Distribute

15  Methamphetamine; Possession of a Firearm in Furtherance of a Drug Trafficking Crime

16  Date of Detention Hearing:    May 1, 2020.

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22          1.      Defendant has a lengthy criminal record that includes numerous failures to

DETENTION ORDER
PAGE -1

appear, commission of new offenses while on supervision, bench warrant activity, and violations of supervision.    Defendant was alleged to have been on bond when the instant offense was committed.  Defendant does not have a viable release plan and does not contest detention.   He was not interviewed by Pretrial Services.

2.    Defendant poses a risk of nonappearance based on failures to appear, non-compliance while on terms of supervision, non-compliance with court orders, possible substance use, and lack of known or verified background information. Defendant poses a risk of danger based on the nature and circumstances of the offense, criminal history, pending charge, non-compliance while on supervision, a history of weapon possession, alleged possession of a firearm, and history of violence.

3.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;

2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3.  On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

DETENTION ORDER
PAGE -2

01  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

02      the defendant, to the United States Marshal, and to the United State Probation Services

03      Officer.

04          DATED this <u>1st</u> day of May, 2020.

05

06

07                                          Mary Alice Theiler
                                            United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3