THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-088-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND FOR SUBSTITUTION OF COUNSEL DANA RYAN |
| BRYAN MICHAEL POLLESTAD, | ) | |
| Defendant. | ) | |

THE COURT has considered the Motion to Withdraw as Counsel and for Substitution of Dana Ryan, the accompanying Ex Parte Declaration of Corey Endo, and the records and files in this case.

IT IS NOW ORDERED that Assistant Federal Public Defender Corey Endo is permitted to withdraw as counsel in this matter, and that Dana Ryan shall be allowed to enter his notice of appearance in this case.

DONE this __6th__ day of March 2021.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Bryan Pollestad

ORDER TO WITHDRAW AS COUNSEL AND FOR
SUBSTITUTION OF COUNSEL DANA RYAN
(*United States v. Pollestad*, CR20-088-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100