Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BRYAN MICHAEL POLLESTAD,<br><br>Defendant. | NO. CR20-88-RSL<br><br>ORDER CONTINUING TRIAL |

The Court finds as follows:

1. Trial on this matter was set to begin on December 5, 2022. (Dkt. #53).

2. On November 28, 2022, defense counsel Dana M. Ryan filed a motion to withdraw as attorney (Dkt. #70). This Court referred the motion to Magistrate Judge S. Kate Vaughan (Dkt. #72), who granted the motion on November 30, 2022 (Dkt. #74).

3. On December 5, 2022, Attorney Mark A. Larranaga was newly appointed as defendant's counsel. (Dkt. #75).

4. At a status hearing on December 7, 2022, the Court considered the defense request for a new trial date on this matter. (Dkt. #77). The request was unopposed by the government. As of December 5, 2022, there were approximately 40 days remaining on the speedy trial clock. The government indicated that it had been prepared to go to trial

Order Continuing Trial - 1
*United States v. Pollestad* / CR20-88-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

on December 5, 2022, and remained prepared to proceed to trial within the speedy trial deadline. Mr. Larranaga informed the Court that in light of his recent appointment, the volume of discovery in this case, and the fact that he has also been appointed to represent defendant in another complex federal case, he would not be prepared to proceed to trial before the speedy trial deadline expired. Defendant Bryan Pollestad informed the Court that he did not oppose a continuance and was prepared to file a speedy trial waiver through the end of April 2023. The parties agreed that April 3, 2023, was an appropriate trial date.

5. In light of the foregoing, the Court finds that additional time is necessary to provide new defense counsel time to prepare for trial.

6. The Court finds that this continuance would serve the ends of justice, and that this factor outweighs the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. §3161(h)(7)(A).

7. The Court finds that a failure to grant a continuance would deny newly appointed defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. §3161(h)(7)(B)(iv).

8. The Court finds further that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. §3161(h)(7)(B)(i).

THEREFORE IT IS HEREBY ORDERED that the trial date shall be continued from December 5, 2022, to April 3, 2023. Pretrial motions shall be filed no later than March 27, 2023.

IT IS FURTHER ORDERED that defense counsel is to file a speedy trial waiver signed by the Defendant waiving speedy trial through April 30, 2023.

IT IS FURTHER ORDERED that the period of time from the current trial date of December 5, 2022, up to and including the new trial date, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. §3161, *et seq*. The period of delay

Order Continuing Trial - 2
*United States v. Pollestad* / CR20-88-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

attributable to this continuance is excluded for speedy trial purposes pursuant to 18 U.S.C. §§3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 8th day of December, 2022.

Robert S. Lasnik
United States District Judge

Presented by:

*s/ Stephen Hobbs*
STEPHEN P. HOBBS
Assistant United States Attorney

Order Continuing Trial - 3
*United States v. Pollestad* / CR20-88-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970