The Honorable Robert S. Lasnik

UNITED STATES COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>BRYAN POLLESTAD,<br><br>                Defendant. | NO. CR20-88-RSL<br><br>ORDER ON MOTION TO WITHDRAW |

The Court, having reviewed the Defense Counsel Larrañaga's Motion to Withdraw Conference, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion to Withdraw is GRANTED.

Dated this 11th day of May, 2023.

_____
HON. ROBERT S. LASNIK

Order

Walsh & Larrañaga
140 Lakeside Ave., Suite A - #338
Seattle, WA 98104
(206) 325-7900

1

Respectfully proposed this 8th day of May, 2023.

    WALSH & LARRAÑAGA

    /s/ Mark A. Larrañaga
    Mark A. Larrañaga, WSBA 22715
    140 Lakeside Ave., Suite A-338
    Seattle, WA 98122
    206.972.0151