UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN MICHAEL POLLESTAD,<br><br>Defendant. | Case No. CR20-88RSL<br><br>ORDER GRANTING JOINT MOTION TO CONSOLIDATE CASES FOR SENTENCING |

This matter comes before the Court on the parties "Joint and Unopposed Motion to Consolidate Cases for Sentencing" (Dkt. # 94). The Court, having reviewed the submissions of the parties and the remainder of the record, finds as follows:

Defendant has been charged in two separate cases currently pending in the Western District of Washington: cause number CR20-137 before the Honorable John C. Coughenour and cause number CR20-88 before the Honorable Robert S. Lasnik. In both cases, defendant has entered into plea agreements. *See* Dkt. # 91; *United States v. Pollestad*, CR20-137JCC, at Dkt. # 431. Both plea agreements "contemplate a joint sentencing hearing, with the sentence imposed in each case being served consecutively to each other." Dkt. # 94 at 2. Accordingly, the parties "request that these cases be consolidated for sentencing," but "take no position as to which Court should accept the consolidated cases." *Id.* at 4.

The Court concludes that consolidation of the sentencing hearings is warranted, and GRANTS the parties' joint motion to consolidate. The Clerk of Court is directed to transfer

ORDER GRANTING JOINT MOTION TO
CONSOLIDATE CASES FOR SENTENCING - 1

1  cause number CR20-88 to Judge Coughenour, who will preside over the sentencing hearing for
2  both cases.

4       IT IS SO ORDERED.

6       DATED this 15th day of August, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING JOINT MOTION TO
CONSOLIDATE CASES FOR SENTENCING - 2